**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-2145**

---

BROOK MENGESHA,

Petitioner,

versus

JOHN ASHCROFT, U. S. Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A29-919-156)

---

Submitted: October 8, 2003          Decided: October 28, 2003

---

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Mikre-Michael Ayelle, Arlington, Virginia, for Petitioner. Peter
D. Keisler, Assistant Attorney General, Christopher C. Fuller,
Senior Litigation Counsel, Ethan B. Kanter, Office of Immigration
Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brook Mengesha, a native and citizen of Ethiopia, petitions for review from the Board of Immigration Appeals' ("Board") order denying his motion to reconsider. We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion in denying Mengesha's motion to reconsider. See 8 C.F.R. § 1003.2(a) (2003); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Mengesha, No. A29-919-156 (B.I.A. Sept. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED